FILED

AO 91 (Rev. 11/11) Criminal Complaint

SEP - 8 2020

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Annie Lou CABRAL | ) | Case No. EP-20-M-3132-RFC |
| | ) | |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of     September 3, 2020     in the county of     El Paso     in the
Western     District of     Texas     , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U S C 841 | Defendant did knowingly and unlawfully Possess with Intent to Distribute a Controlled Substance, namely, approximately 5.26 kilograms of methamphetamine and 24 kilograms of Fentanyl, both a Schedule II Controlled Substance |
| 21 U S C 952 | Defendant did knowingly and unlawfully import into the customs territory of the United States from Mexico, 5.26 kilogramsgrams (gross weight) of methamphetamine and 24 kilograms of Fentanyl, both a Schedule II Controlled Substance |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_Complainant's signature_

Antonio Vaquera
_Printed name and title_

Sworn to before me and signed in my presence.

Date     09/8/2020

_Judge's signature_

City and state:     El Paso, Texas

Robert F. Castaneda, Magistrate Judge
_Printed name and title_

Oath Telephonically Sworn
At _1 : 00_ PM
Fed.R.Crim.P.4.1(b)(2)(A)

AFFIDAVIT

On September 3, 2020 Annie Lou CABRAL applied for entry into the United States from Mexico via the Ysleta Port of Entry, El Paso, Texas. CABRAL was the driver and sole-occupant of a white 2008 Chrysler 300 bearing Texas license plate HWT1175. CABRAL was met at the primary inspection booth number 10 by Customs and Border Protection Officer (CBPO) Michael De La Torre. CABRAL provided CBPO De La Torre with three documents to identify herself; social security card, a photocopy of her state identification card, and a military spouse identification card. CPBO De La Torre asked CABRAL what her purpose was in entering the United States and CABRAL replied that she was celebrating her birthday in Ciudad Juarez, Mexico with some of her friends. CBPO De La Torre asked where CABRAL was coming from and CABRAL stated that she had been staying at a friend's house in Ciudad Juarez and traveled straight from her house to the port of entry. CABRAL stated to the officer that she was headed home and had just recently started traveling to Ciudad Juarez. CBPO De La Torre asked for the ownership of the vehicle and CABRAL stated she had recently purchased the vehicle a few days prior. CBPO De La Torre asked CABRAL if she had any repairs done on the vehicle and CABRAL stated no. CBPO De La Torre then asked CABRAL if she had been the only driver of the vehicle since she had purchased it and she responded with yes. CBPO De La Torre noticed that CABRAL became talkative when he started examining the vehicle. CBPO De La Torre asked CABRAL if she had been forced to cross anything into the United States that may be illegal, and CABRAL stated no. CBPO De La Torre then asked CABRAL if she was responsible for everything in the vehicle and CABRAL stated yes. CBPO De La Torre then referred the vehicle to the secondary inspection area due to in consist travel concerns.

At the secondary inspection area CABRAL was met by CBPO Jesus Espinosa. CBPO Espinosa received a negative declaration for fruits, plants, vegetables, alcohol, tobacco, firearms, and drugs. CBPO Espinosa asked CABRAL for her purpose in traveling to Mexico and CABRAL stated, "we went to celebrate my birthday". CBPO Espinosa asked CABRAL where she was going, and she stated "we were going home" CBPO Espinosa asked CABRAL if the vehicle belonged to her and she stated yes. CBPO Espinosa asked CABRAL how long she had owned the vehicle and she stated three days. CBPO Espinosa asked CABRAL where she traveled to in Juarez and she stated, "we went to a friends house". CBPO Espinosa asked CABRAL who "we" is and asked her if she had dropped anyone off on top of the bridge. CARBAL stated that it was just her and she traveled to Juarez by herself. CBPO Espinosa asked CARBAL if she was responsible for everything in the vehicle and she stated yes.

During CBPO Espinosa's interview of CABRAL, Canine Enforcement Officer (CEO) Eude Arzate and his canine Narcotics Detector Dog (NDD) Meno inspected the vehicle. NDD Meno alerted to the presence of a controlled substance near the driver sided door and the driver's seat. CEO Arzate advised CBPO Espinosa and he escorted CABRAL to the Passport Secondary Control for a pat down.

Further examination of the vehicle revealed a hidden non-factory compartment located in the vehicle's center console. Five black tape bundles and a small baggie with pills were found inside

AFFIDAVIT

the console. One of the black tape bundles was probed and field tested. The field tested yielded a positive result for the properties of methamphetamine. Total gross weight of the five bundles was 5.24 kilograms. One of the pills was field tested and yielded positive for the properties of fentanyl. The total gross weight of the pills was .24 kilograms.

A search of CABRAL's belongings by CBPOs resulted in the seizure of 2 small baggies located in her purse. The substance in one of the baggies was field tested and yielded positive results for the properties of methamphetamine. Total gross weight of the baggies was 2 grams.

Homeland Security Investigations Special Agent (SA)Antonio Vaquera arrived at the Yselta POE to investigation the seizure. SA Vaquera along with CBPO Leonel Cadet interviewed CABRAL. SA Vaquera began the interview asking CABRAL for her biographic information. CABRAL stated that she was married to Michael Brown several years ago, however, she never legally changed her name. SA Vaquera asked CABRAL for the address where she resides and CABRAL provided her parents address, however, she stated that she was not in good terms with her mother and that she was living in various hotels. SA Vaquera asked CABRAL if she was currently employed and CABRAL stated that she was unemployed and had been severely injured while she was employed as a firefighter. SA Vaquera then advised CABRAL that the CBPOs found 5 kilograms of methamphetamine in her vehicle and that he would have to read her the Miranda Warnings prior to asking any questions of the incident. SA Vaquera read CABRAL her Miranda Warnings which was witnessed by CBPO Cadet. CABRAL asked to be allowed to speak to someone prior to her answering any questions. SA Vaquera and CBPO Cadet then escorted her back to the holding cell.

CBPOs then advised SA Vaquera that there were conversations located on her cellular phone that conflicted her statements made at primary and secondary. SA Vaquera reviewed the conversations and took still photographs of the conversation between CABRAL and an individual listed on her contacts as "Gurero Edgar". In the conversation CABRAL had mention to Guero Edgar that she had made it to the hotel in Chihuahua and that an individual by the alias of "Listo" had stated to her that another male by the name of "Alvis" had booked the room for her for three days. CABRAL mentioned to Guero Edgar that was "shocked at the fact that he doesn't think of the risks and inconveniences he puts others thru. I fully understand what I came here for....Edgar what I don't understand is his lack of etiquette." The next message reads "Listo basically told me to stay in the room. The less I'm out there the better were his exact words". Other conversations in the text message string CABRAL advised Guero Edgar that she was hungry and didn't have money to buy food. CABRAL asked Guero Edgar to have Alvin allow her to bill food to the room. In the text message string with Guero Edgar, CABRAL is advising Guero Edgar that Alvin is providing her with updates to the status of the car. CABRAL asked Guero Edgar to send her money via cash app.

Photographs were taken by SA Vaquera of the entire text message string and will be provided for discovery.

AFFIDAVIT

Inside the vehicle was a Texas registration.  The owner of the vehicle was listed as Jeremy Lee Martinez who resides in Odessa, Texas and was registered with the state on August 23, 2020.

The interview of CABRAL was video recorded.